UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WILLIAM J. GILGER | ) | Case No. 10-B-72081 |
| | ) | |
| | ) | |
| | ) | Judge Thomas M. Lynch |
| Reorganized Debtor. | ) | |

## NOTICE OF HEARING ON FOURTH AND FINAL APPLICATION FOR AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

TO:   See attached service list.

HolmstromKennedyPC, has filed papers with the Court to seek an Award of Professional Compensation and Expenses in the amount of $45,018.50 for services rendered and expenses incurred in the amount of $488.74 as counsel for William J. Gilger, Debtor and Reorganized Debtor from November 25, 2014 through November 11, 2015 ("Application").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, you or your attorney must:

1.   File a written response to the Application on or before the date set for the hearing on the Application at:

Clerk of Court
United States Bankruptcy Court
Stanley J. Roszkowski – U.S. Courthouse
327 South Church Street
Rockford, IL 61101

OR

2.   Attend the hearing scheduled to be held on **Wednesday, December 16, 2015 at 10:30 a.m.** at the United States Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101.

If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your Response to:

Attorney Bradley T. Koch
HolmstromKennedyPC
P.O. Box 589
Rockford, IL 61105-0589

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an Order granting that relief.

Dated: November 24, 2015

William J. Gilger, Debtor and Reorganized Debtor,

BY:  HolmstromKennedyPC
His Attorneys

BY: _____
One of Their Attorneys

BRADLEY T. KOCH - #3122997
KIM M. CASEY - #6181726
JOCELYN L. KOCH - #6298482
HolmstromKennedyPC
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

2

## PROOF OF SERVICE

The undersigned, being first duly sworn, states that a copy of the foregoing *Notice of Hearing* and *Fourth and Final Application for Professional Compensation and Expenses* was served upon the parties and attorneys of record herein, by either the Court's ECF Notification Systems or by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois on the 24th day of November, 2015:

Attorney Carole J. Ryczek
US Trustees' Office
780 Regent Street, Suite 304
Madison, WI 53715
(Via ECF)

**With a copy of the Notice <u>only</u> forwarded to the below-named individuals:**

William J. Rinn III
3611 Berry Street
Crystal Lake, IL 60012

Bob Kleinhecksel
Steward Land Management
5270 Northland Drive
Grand Rapids, MI 49525

Chas Howe & Trusts
777 Buckeye Ct.
Noblesville, IN 46062

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

BMO Harris Bank, N.A.
c/o Jeffrey S. Burns
Crowley Barrett & Karaba, Ltd.
20 South Clark Street, Suite 2310
Chicago, IL 60603

Farmers Union Corp.
P.O. Box 319
Redwood Falls, MN 56283-0319

James Grove
491 Malden Street
South St. Paul, MN 55075

U.S. Bank National Association, as Trustee
c/o Sara Bruggeman
Faegre & Benson, LLP
90 S. 7th Street, Suite 2200
Minneapolis, MN 55402

Matt Peelen
9951 Crosspoint Rd., Suite 300
Indianapolis, IN 96256

Robert Jandro
1546 Canterbury Way
Los Altos, CA 94024

Action Capital
230 Peachtree St. #910
Atlanta, GA 30303-1556

Steven A. Hurckes
4902 Lake Dawnwood Drive
Johnsburg, IL 60050

3

City of Buffalo Lake
203 Main Street North
P.O. Box 396
Buffalo Lake, Minnesota 55314

Minnesota Agriculture & Economic
Development Board
Paul A. Moe, Executive Director
332 Minnesota Street, Suite E-200
St. Paul, MN 55101

State of Minnesota Pollution Control Agency
Lawrence W. Pry Assistant Attorney General
445 Minnesota Street, Suite 900
St. Paul, MN 55101

BMO Harris Bank, N.A.
Attn: Dennis McCormick/Tim Roden
5050 France Ave. South
Edina, MN 55410

_/s/ Katie Norris_

Subscribed and sworn to before me
this 24th day of November, 2015.

_/s/ Bonnie L. Schurr_
Notary Public

OFFICIAL SEAL
BONNIE L. SCHURR
Notary Public, State of Illinois
My Commission Expires  03/01/19

BRADLEY T. KOCH - #3122997
KIM M. CASEY - #6181726
JOCELYN L. KOCH - #6298482
HolmstromKennedyPC
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

4

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WILLIAM J. GILGER, | ) | Case No. 10-72081 |
| | ) | |
| | ) | Judge Thomas M. Lynch |
| Reorganized Debtor. | ) | |

## FOURTH AND FINAL APPLICATION FOR AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

HolmstromKennedyPC ("Applicant"), attorneys for William J. Gilger, Debtor and Reorganized Debtor ("Debtor"), for its Fourth and Final Application for Award of Professional Compensation and Expenses pursuant to Sections 328, 330 and 501 and 503(b)(2) of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 5082-1, state:

### INTRODUCTION

Debtor commenced this bankruptcy proceeding by filing a Voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code on April 26, 2010. On May 27, 2010, the Debtor filed with the Bankruptcy Court an Application for Employment of Attorneys requesting authorization to retain Applicant as his counsel in this case. On June 2, 2010, after the conduct of a hearing before this Court, an Order was entered approving the employment of Applicant as counsel for the Debtor in this bankruptcy proceeding effective April 26, 2010.

Since the commencement of this bankruptcy proceeding, Applicant has represented the Debtor as bankruptcy counsel in all matters before this Court. This is the fourth and final Application for an award of professional compensation and expenses by Applicant.

## ATTORNEYS REPRESENTING DEBTOR

The Debtor has been represented by several attorneys employed by Applicant. The primary attorney representing the Debtor in this case has been Bradley T. Koch, partner with Applicant, who has practiced before this Court in a variety of matters over a period in excess of thirty-five (35) years. Jocelyn L. Koch and Allison M. Huntley, associates with Applicant, have also provided services for the Debtor. The applicable hourly rates for the attorneys involved the representation of the Debtor for the period covered by this Application are as follows:

| Bradley T. Koch | $325.00 per hour |
| Jocelyn L. Koch | $265.00 per hour |
| Allison M. Huntley | $170.00 per hour |

## ADMINISTRATION OF CASE

Applicant has provided the Debtor with a variety of services involving the administration of his bankruptcy proceeding. Applicant has assisted and advised the Debtor in the preparation and filing of monthly status reports with the Office of the United States Trustee. Applicant also assisted the Debtor in communicating with the Office of the United States Trustee. Applicant also incurred attorneys' fees in the preparation and filing of their Third Interim Application for Award of Professional Compensation and Expenses which was filed with this Court on December 1, 2014 and this Fourth and Final Application for Award of Professional Compensation and Expenses.

Applicant has also assisted the Debtor in analyzing and evaluating the claims of his creditors which has included determining and identifying any claims to which objections will be filed.

2

The following individuals have performed services for the Debtor relating to the administration of his bankruptcy case:

| Attorney Name | Time Spent | Total |
|---|---|---|
| Bradley T. Koch | 33.80 | $10,985.00 |
| **TOTAL:** | **33.80** | **$10,985.00** |

## PLAN OF REORGANIZATION

Applicant assisted the Debtor in the preparation of a Plan and Disclosure Statement which were filed with the Bankruptcy Court on February 13, 2014. The United States Trustee raised a number of informal objections to the Disclosure Statement. As a result of the informal objections raised by the Office of the United States Trustee, the Debtor withdrew the Plan of Reorganization and Disclosure Statement filed with the Bankruptcy Court on February 13, 2014.

Thereafter, on July 18, 2014, the Debtor filed a Plan of Reorganization and Disclosure Statement with the Bankruptcy Court. On August 13, 2014, the Office of the United States Trustee filed a formal Objection to the Disclosure Statement filed by the Debtor.

In an effort to resolve the Objection filed by the Office of the United States Trustee, Applicant prepared and filed on behalf of the Debtor a First Amended Plan of Reorganization and First Amended Disclosure Statement with the Bankruptcy Court on September 19, 2014. The Office of the United States Trustee did raise additional objections and concerns with respect to the First Amended Disclosure Statement and First Amended Plan of Reorganization. Additionally, subsequent to the filing of the First Amended Disclosure Statement and First Amended Plan of Reorganization, the Debtor determined that he would be receiving funds from an insurance claim relating to a fire which occurred at the former business premises of Minnesota Beef Industries, Inc. which could be applied to fund a distribution to his unsecured creditors. However, as a result of the discovery of the additional asset of the Debtor's bankruptcy estate, amendments to the Plan of

3

Reorganization and Disclosure Statement were required. On March 30, 2015, Debtor filed a Second Amended Plan of Reorganization ("Plan") and a Second Amended Disclosure Statement ("Disclosure Statement") with the Bankruptcy Court. On April 13, 2015, the Bankruptcy Court entered an Order approving the Disclosure Statement.

Thereafter, Applicant forwarded the Disclosure Statement, Plan and Ballot to all creditors and parties in interest. Applicant reviewed all Ballots filed by creditors with the Bankruptcy Court with respect to the Plan and prepared a Ballot Report summarizing the voting of creditors upon the Plan which was filed with the Bankruptcy Court. Additionally, Applicant prepared a Memorandum Supporting Confirmation of the Plan which was filed with the Bankruptcy Court on June 3, 2015. Applicant appeared on behalf of the Debtor on June 3 and June 4, 2015 at a confirmation hearing on the Plan. On June 19, 2015, the Bankruptcy Court entered an Order Confirming the Plan.

The following individuals have performed services for the Debtor relating to the Plan and Disclosure Statement:

| Attorney Name | Time Spent | Total |
|---|---|---|
| Bradley T. Koch | 49.40 | $16,055.00 |
| Jocelyn L. Koch | 3.20 | $    848.00 |
| **TOTAL:** | **52.60** | **$16,903.00** |

### FIRE DAMAGE CLAIM

A fire occurred at the former business premises of Minnesota Beef Industries, Inc. and North Star Beef, Inc. on or about June 14, 2018. Litigation was commenced in Renville County, Minnesota as a result of the fire which involved a number of parties. A mediation of the issues and disputes involved in the litigation was conducted which resulted in the execution of a Mediation Settlement Agreement dated September 16, 2014. Applicant assisted and advised the Debtor in finalizing the

4

settlement of the fire damage claim which included the Debtor receiving a payment in the amount of $186,798.60 which could be applied to fund a distribution to his creditors.

The following individuals have performed services for the Debtor relating to the fire damage claim:

| **Attorney Name** | **Time Spent** | **Total** |
|---|---:|---:|
| Bradley T. Koch | 13.40 | $4,355.00 |
| **TOTAL:** | **13.40** | **$4,355.00** |

## SALE OF PERSONAL RESIDENCE

The Debtor's bankruptcy estate included a single family residence commonly described 8112 Stickney Run, Bull Valley Illinois ("Personal Residence") which is owned by the Debtor and his wife, Peggy Gilger. On September 9, 2014, Applicant prepared and filed on behalf of the Debtor an Application to Retain Real Estate Broker pursuant to which the Debtor requested the Bankruptcy Court to authorize the employment of Thomas D. Harding of Berkshire Hathaway Home Services/Stark Real Estate ("Harding") to market and sell the Personal Residence on behalf of the Debtor and his wife, Peggy Gilger. On September 17, 2014, the Bankruptcy Court entered an Order Authorizing the Debtor to employ Harding to market and sell the Personal Residence on behalf of the Debtor and his wife, Peggy Gilger.

The Debtor, and his wife, Peggy Gilger, did receive a Contract to Purchase the Personal Residence. On April 7, 2015, Applicant filed with the Bankruptcy Court a Motion to Authorize the Debtor to sell the Personal Residence. On April 29, 2015, Applicant appeared before the Bankruptcy Court at the hearing upon the Motion to Authorize Sale of the Personal Residence. On May 5, 2015, the Bankruptcy Court entered an Order Authorizing the Debtor to Sell the Personal Residence. Thereafter, Applicant assisted the Debtor in closing the sale of the Personal Residence.

5

The following individuals have performed services for the Debtor relating to the sale of the Personal Residence:

| Attorney Name | Time Spent | Total |
|---|---|---|
| Bradley T. Koch | 23.50 | $7,637.50 |
| **TOTAL:** | **23.50** | **$7,637.50** |

## OBJECTIONS TO CLAIMS

Based upon the analysis and review of the Proofs of Claim filed by creditors with the Bankruptcy Court, Applicant assisted the Debtor in determining and identifying any claims to which Objections would be filed. Thereafter, Applicant prepared nine (9) Objections to the claims of creditors and filed the Objections with the Bankruptcy Court on September 30, 2015. On November 4, 2015, Applicant appeared before the Bankruptcy Court at the initial hearing upon the Objections to the claims of creditors. At the hearing, the Bankruptcy Court entered Orders sustaining the Objections to the claims of six (6) creditors and entered two (2) Orders sustaining the Objections but allowing the affected creditors to file Amended Proofs of Claim with the Bankruptcy Court.

The following individuals have performed services for the Debtor relating to the Objections to claims of creditors:

| Attorney Name | Time Spent | Total |
|---|---|---|
| Bradley T. Koch | 15.60 | $5,070.00 |
| Allison M. Huntley | .40 | $ 68.00 |
| **TOTAL:** | **16.00** | **$5,138.00** |

## DESCRIPTION OF COMPENSATION

Applicant has expended the following hours in advising and representing the Debtor with respect to his bankruptcy proceeding from November 25, 2014 through November 11, 2015:

| Attorney Name | Time Spent | Total |
|---|---:|---:|
| Bradley T. Koch | 135.70 | $44,102.50 |
| Jocelyn L. Koch | 3.20 | $   848.00 |
| Allison M. Huntley | .40 | $    68.00 |
| **TOTAL:** | **139.30** | **$45,018.50** |

Additionally, during the period covered by this Application, Applicant has disbursed actual and necessary costs and expenses in the amount of $488.74 for the Debtor. A complete itemized statement of the services rendered and disbursements made on behalf of the Debtor relating to his bankruptcy proceeding appear on Exhibit A attached hereto and hereby incorporated by reference.

The rates charged by the Applicant are the usual and customary hourly rates charged by Applicant to other clients. The amounts requested are fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and extent of services rendered; (b) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

This is Applicant's fourth and final fee application in this case. This Court has previously entered Orders: (a) on December 12, 2012, awarding Applicant professional compensation in the amount of $101,915.50 and reimbursement of expenses in the amount of $3,015.87 as a first interim award of professional compensation and expenses for the period April 20, 2010 through November 19, 2012; (b) on December 30, 2013 awarding Applicant professional compensation in the amount of $39,075.00 and reimbursement of expenses in the amount of $5,929.58 as a second interim award of professional compensation and expenses for the period November 20, 2002 through November 30, 2013; and (c) on December 22, 2014 awarding Applicant professional compensation in the amount of $43,185.00 and reimbursement for expenses in the amount of $78.40 as a third interim award of

7

professional compensation and expenses for the period December 2, 2013 through November 25, 2014.

WHEREFORE, HolmstromKennedyPC, respectfully requests the entry of an Order by this Court containing the following relief:

A. Awarding professional compensation in the amount of $45,018.50 and reimbursement of expenses in the amount of $488.74 to HolmstromKennedyPC for services rendered and expenses incurred from November 25, 2014 through November 11, 2015;

B. Authorizing and directing William J. Gilger, Debtor and Reorganized Debtor to pay professional compensation and expenses in the amount of $45,507.24 to HolmstromKennedyPC;

C. For such other and further relief as the Court deems just and equitable.

Dated: November 24, 2015

                                      William J. Gilger, Debtor and Reorganized Debtor,

BY: HolmstromKennedyPC
       His Attorneys

BY: _____
       One of its Attorneys

BRADLEY T. KOCH - #3122997
KIM M. CASEY - #6181726
JOCELYN L. KOCH - #6298482
HolmstromKennedyPC
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

8