UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re: ) BK No.: 10-72081
WILLIAM J. GILGER )
)
) Chapter: 11
) Honorable Thomas M. Lynch
)
)
Debtor(s) )

**ORDER APPROVING FOURTH AND FINAL APPLICATION FOR AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES TO HOLMSTROMKENNEDYPC**

This matter coming on for hearing, after notice, upon the Fourth and Final Application of Professional Compensation and Expenses of HolmstromKennedyPC for an award of professional compensation and expenses as the attorneys for William J. Gilger, Debtor and Reorganized ("Debtor") pursuant to Sections 328, 330, 331 and 503(b)(2) of the Bankruptcy Code, Bankruptcy Rule 2016 and Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court, Northern District of Illinois, the Debtor appearing through his attorneys, HolmstromKennedyPC, the Court having considered the Fourth and Final Application for An Award of Professional Compensation and Expenses ("Application") and determined that (a) the relief requested in the Application is in the best interest of the bankruptcy estate, its creditors and other parties of interest;  (b) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334;  (c) this proceeding is a core proceeding pursuant to 28 U.S.C. Sections 157(b)(2);  and (d) notice of the Application is good and sufficient under the circumstances and no further notice is to be given and being fully advised in the premises;

IT IS HEREBY FOUND AND DETERMINED THAT:

A. The Application is approved and HolmstromKennedyPC is awarded professional compensation in the amount of $44,856.00 and expenses in the amount of $488.74 for representing William J. Gilger, Debtor and Reorganized Debtor from November 25, 2014 through November 11, 2015;

B. William J. Gilger, Debtor and Reorganized Debtor is authorized and directed to pay HolmstromKennedyPC professional compensation and expenses in the amount of $45,344.74.

Enter:

Honorable Thomas M. Lynch
Dated:  December 16, 2015            United States Bankruptcy Judge

**Prepared by:**

ATTORNEY BRADLEY T. KOCH #3122997
ATTORNEY JOCELYN L. KOCH #6298482
HolmstromKennedyPC
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071