UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WILLIAM J. GILGER, | ) | Case No. 10-72081 |
| | ) | |
| Reorganized Debtor. | ) | Judge Thomas M. Lynch |

### NOTICE OF HEARING ON MOTION FOR FINAL DECREE AND DISCHARGE OF DEBTOR

TO:   Service List attached.

William J. Gilger, Reorganized Debtor has filed with this Court his Motion for Final Decree and Discharge of Debtor.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, you or your attorney must:

1. File a written response to the Motion on or before the date set for the hearing on the Objection at:

Clerk of Court
United States Bankruptcy Court
327 South Church Street
Rockford, IL 61101

OR

2. Attend the hearing scheduled to be held on **Wednesday, December 20, 2017 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Rockford, Illinois 61101.

If you mail your Response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your Response to:

Attorney Bradley T. Koch
HolmstromKennedyPC
P.O. Box 589
Rockford, IL 61105-0589

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Dated: December 7, 2017

                                      William J. Gilger, Reorganized Debtor

BY:   HOLMSTROMKENNEDYPC,
        His Attorneys

BY:   _____
        One of Its Attorneys

ATTORNEY BRADLEY T. KOCH #3122997
ATTORNEY JOCELYN L. KOCH #6298482
ATTORNEY ALLISION M. HUNTLEY #3617951
HolmstromKennedyPC
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

## **PROOF OF SERVICE**

The undersigned, being first duly sworn, states that a copy of the foregoing *Notice of Hearing* and *Motion for Final Decree and Discharge of Debtor* were served upon the parties and attorneys of record herein, by either the Court's ECF Notification System or by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois on the 7th day of December, 2017:

Attorney Debra L. Schneider
US Trustees' Office
780 Regent Street, Suite 304
Madison, WI 53715
(Via ECF)

**With a copy of the Notice only forwarded to the below-named individuals:**

William J. Rinn III
3611 Berry Street
Crystal Lake, IL 60012

Chas Howe & Trusts
777 Buckeye Ct.
Noblesville, IN 46062

BMO Harris Bank, N.A.
c/o Jeffrey S. Burns
Crowley Barrett & Karaba, Ltd.
20 South Clark Street, Suite 2310
Chicago, IL 60603

James Grove
491 Malden Street
South St. Paul, MN 55075

Matt Peelen
9951 Crosspoint Rd., Suite 300
Indianapolis, IN 96256

Action Capital
230 Peachtree St. #910
Atlanta, GA 30303-1556

Robert Kleinhecksel
Steward Land Management, Inc.
PO Box 150020
Grand Rapids, MI 49515-0020

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Farmers Union Corp.
P.O. Box 319
Redwood Falls, MN 56283-0319

U.S. Bank National Association, as Trustee
c/o Sara Bruggeman
Faegre & Benson, LLP
90 S. 7th Street, Suite 2200
Minneapolis, MN 55402

Robert Jandro
1546 Canterbury Way
Los Altos, CA 94024

Steven A. Hurckes
4902 Lake Dawnwood Drive
Johnsburg, IL 60050

3

City of Buffalo Lake
203 Main Street North
P.O. Box 396
Buffalo Lake, Minnesota 55314

Minnesota Agriculture & Economic
Development Board
Paul A. Moe, Executive Director
332 Minnesota Street, Suite E-200
St. Paul, MN 55101

State of Minnesota Pollution Control Agency
Lawrence W. Pry Assistant Attorney General
445 Minnesota Street, Suite 900
St. Paul, MN 55101

BMO Harris Bank, N.A.
Attn: Dennis McCormick/Tim Roden
5050 France Ave. South
Edina, MN 55410

/s/ Linda S. Hedlund

Subscribed and sworn to before me
this 7th day of December, 2017.

/s/ Jenny M. Hancock
Notary Public

OFFICIAL SEAL
JENNY M. HANCOCK
Notary Public, State of Illinois
My Commission Expires 04/28/18

ATTORNEY BRADLEY T. KOCH #3122997
ATTORNEY JOCELYN L. KOCH #6298482
ATTORNEY ALLISON M. HUNTLEY #3617951
HolmstromKennedyPC
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071
4826-9527-2791, v. 1

4

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WILLIAM J. GILGER, | ) | Case No. 10-72081 |
| | ) | |
| Reorganized Debtor. | ) | Judge Thomas M. Lynch |

### MOTION FOR FINAL DECREE AND DISCHARGE OF DEBTOR

William J. Gilger, Reorganized Debtor (the "Reorganized Debtor"), by his attorneys HolmstromKennedyPC, for his Motion for Final Decree and Discharge of Debtor states:

1. On April 26, 2010 (the "Petition Date") William J. Gilger, Debtor, filed a voluntary Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code with this Court.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This matter is core proceeding pursuant 28 U.S.C. §157(b)(2)(A).

3. The statutory basis for the relief requested within this Motion is §§350(a) and 1141(d)(5) of the Bankruptcy Code and Bankruptcy Rule 3022.

4. On or about March 30, 2015, the Debtor filed his Second Amended Plan of Reorganization dated March 28, 2015 ("Plan") with this Court.

5. On June 19, 2015, this Court entered its Order Confirming Second Amended Plan of Reorganization dated March 28, 2015 ("Confirmation Order") which confirmed the Plan.

6. The Confirmation Order is a final order pursuant to the Plan and Bankruptcy Rule 3020.

7. On or about July 8, 2015, the Debtor provided Notice of the Entry of the Confirmation Order confirming the Plan to all creditors and parties in interest.

8. All adversary proceedings related to the Bankruptcy Case filed by the Reorganized Debtor have been resolved and terminated. The Reorganized Debtor will no longer file or prosecute any further adversary proceedings in the Bankruptcy Case.

9. The Reorganized Debtor has made all of the required distributions, including distributions of the Reorganized Debtor's disposable income, to creditors consistent with the provisions of the Plan.

10. The Plan is fully consummated and the administration by the Reorganized Debtor of his Chapter 11 bankruptcy proceeding is complete.

11. The Reorganized Debtor has completed all of the payments pursuant to the Plan and should receive a discharge pursuant to the provisions of §1141(d)(5) of the Bankruptcy Code.

WHEREFORE, William J. Gilger, Reorganized Debtor, respectfully requests:

(a) The entry of a Final Decree closing this Bankruptcy Case;

(b) William J. Gilger, Reorganized Debtor, be granted a discharge pursuant to §1141(d)(5) of the Bankruptcy Code; and

(c) For such other and further relief as this Court deems just and equitable.

Dated: December 7, 2017                    William J. Gilger, Reorganized Debtor

                                           BY:   HOLMSTROMKENNEDYPC,
                                                 His Attorneys

                                           BY:   _____
                                                 One of Its Attorneys

ATTORNEY BRADLEY T. KOCH #3122997
ATTORNEY JOCELYN L. KOCH #6298482
ATTORNEY ALLISION M. HUNTLEY #3617951
HolmstromKennedyPC
800 N. Church St., P.O. Box 589
Rockford, IL 61105
(815) 962-7071
4848-4996-5399, v. 1

2