UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-72081 |
| William J. Gilger | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Final Decree and Discharge of Debtor**

     This matter coming on for hearing, after Notice, upon the Motion for Final Decree and Discharge of Debtor ("Motion") filed by William J. Gilger, Reorganized Debtor, by his attorneys, HolmstromKennedyPC, the Court having considered the contents of the Motion, and being fully advised in the premises;

     NOW, THEREFORE, IT IS ORDERED:

     1. The Motion is granted.

     2. A discharge under 11 U.S.C. §1141(d)(5) is granted to William J. Gilger.

     3. The Clerk may close this Chapter 11 bankruptcy case and the Estate of William J. Gilger, Reorganized Debtor.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  December 20, 2017

**Prepared by:**

ATTORNEY BRADLEY T. KOCH #3122997
ATTORNEY JOCELYN L. KOCH #6298482
ATTORNEY ALLISON M. HUNTLEY #6317951
HolmstromKennedyPC
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071